STATE OF NEBRASKA, APPELLEE, V. NEBRASKA SAVINGS & EXCHANGE BANK, APPELLANT, ET AL.

FILED MAY 2, 1900. No. 11,187.

Receiver of Bank: ORDER OF COURT: ABUSE OF DISCRETION. An order of court directing a receiver of a bank to sell its assets will not be disturbed where no abuse of discretion is shown.

APPEAL from the district court of Douglas county. Heard below before FAWCETT, J. *Affirmed.*

*Constantine J. Smyth, Attorney General,* for the state.

*E. J. Cornish,* for Nebraska Savings & Exchange Bank, appellant, cited Compiled Statutes, 1899, chapter 8, sections 34 and 35, and argued it would not be a proper exercise of the discretion of the court to appoint a receiver on the application of the attorney general and immediately thereafter order a sale of all the assets at auction to the highest bidder. The general intent of the statute should be followed.

*V. O. Strickler, contra.*

NORVAL, C. J.

This is an appeal by the Nebraska Savings & Exchange Bank from an order of the district court of Douglas county directing the receiver of said bank to sell at public auction all its assets remaining in his hands. The

only complaint made in the brief of the bank is that the lower court abused its discretion in entering this order. We have examined the evidence and can not say that any abuse of discretion appears therein. This receiver was appointed more than four years ago and it would seem that the assets should be speedily sold and the receivership wound up. The order is

AFFIRMED.